L'ARTISTE PUB. CO., Appellant, v. WALKER, Respondent. (Common Pleas of New York City and County, General Term. March, 1895.) Action by the L'Artiste Publishing Company against Isaac Walker. C. J. G. Hall, for appellant. Christian G. Moritz,

for respondent. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 32 N. Y. Supp. 151.